FILED

11/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0551

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0551

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

STEPHEN ROSS BENNETT,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Supplement the Record is GRANTED. Upon receipt from Court Reporter Stephanie Morrow the transcript of the district court's September 7, 2021 hearing shall be filed in this cause.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 29 2022